| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>JEREMY W. FAITH (State Bar No. 190647)<br>*Jeremy@MarguliesFaithLaw.com*<br>MEGHANN A. TRIPLETT (State Bar No. 268005)<br>*Meghann@MarguliesFaithLaw.com*<br>**MARGULIES FAITH, LLP**<br>16030 Ventura Blvd., Suite 470<br>Encino, CA. 91436<br>Telephone: (818) 705-2777<br>Facsimile: (818) 705-3777<br><br>☒ *Attorney for*: Peter J. Mastan, Chapter 7 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 15 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>TBETTY, INC.,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:17-bk-21275-ER<br>CHAPTER: 7<br><br>**ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 330)**<br><br>DATE: October 14, 2020<br>TIME: 10:00 a.m.<br>COURTROOM: 1568<br>PLACE: United States Bankruptcy Court<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |
|---|---|

1. Name of Applicant (*specify*): Margulies Faith LLP

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows: No appearances required per the Court's tentative ruling.
   a. ☐ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): September 23, 2020

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                     Page 1                         **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed:  $ 210,149.38
      (2) ☒ Amount or percentage authorized for payment at this time: $ 210,149.38

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $ 6,261.51

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify)*:

   f. ☐ The court further orders *(specify)*:

###

Date: October 15, 2020

*[signature: Ernest M. Robles]*

Ernest M. Robles
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 2     **F 2016-1.3.ORDER.PAYMENT.FEES**