JEREMY W. FAITH (SBN 190647)
Email: Jeremy@MarguliesFaithLaw.com
MEGHANN A. TRIPLETT (SBN 268005)
Email: Meghann@MarguliesFaithLaw.com
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777

Attorney for Peter J. Mastan, Chapter 7 Trustee

**FILED & ENTERED**

**DEC 18 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TBETTY, INC.,<br><br>Debtor. | Case No.: 2:17-bk-21275-ER<br><br>Chapter: 7<br><br>**ORDER APPROVING OMNIBUS MOTION FOR ORDER AUTHORIZING THE TRUSTEE TO SETTLE CERTAIN ADVERSARY ACTIONS PURSUANT TO F.R.B.P. 9019**<br><br>[No Hearing Required] |

The Court, having considered the "Omnibus Motion for Order Authorizing the Trustee to Settle Certain Adversary Actions Pursuant to F.R.B.P. 9019" (the "Compromise Motion", Dkt. No. 143), the Declaration that No Party Requested a Hearing on Motion LBR 9013-1(o)(3); determining that notice of the Compromise Motion was proper and finding that it appears in the best interest of this estate that Peter J. Mastan, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Tbetty, Inc. enter into the "Global Settlement Agreement and Mutual General Release" (the "Hwang Agreement") authorizing the compromise of controversy entered into with Kenny Hwang,

Mirea Hwang, Hyun Hwang, Nam Soo Hwang, Young Jae Hwang, In Young Hwang, Tri. Blossom, LLC, Twig & Twine, Inc., Danielle Steckler, dba Paper Palate; and the "Settlement Agreement and Mutual Release" reached with Pacific Sourcing Group, Inc. (the "Pacific Agreement," together with the Hwang Agreement, the "Agreements"); and good cause appearing, it is therefore

**ORDERED** that:

1. The Compromise Motion is approved;

2. The Hwang Agreement attached to the Compromise Motion as <u>Exhibit A</u> is approved;

3. The Pacific Agreement attached to the Compromise Motion as <u>Exhibit B</u> is approved;

4. The Court determines that the Agreements are reasonable, adequate under the circumstances, and in the best interest of creditors. *Martin v. Kane (In re A&C Properties)*, 784 F.2d 1377, 1381 (9th Cir. 1986); and

5. The Trustee is authorized to take any and all steps necessary to effectuate the Agreements.

###

Date: December 18, 2020

Ernest M. Robles
United States Bankruptcy Judge