JEREMY W. FAITH (SBN 190647)
*Email: Jeremy@MarguliesFaithLaw.com*
MEGHANN A. TRIPLETT (SBN 268005)
*Email: Meghann@MarguliesFaithLaw.com*
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777

Attorneys for Peter J. Mastan, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| In re<br><br>TBETTY, INC.,<br><br>Debtor. | Case No. 2:17-bk-21275-ER<br><br>Chapter 7<br><br>**NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE BROKER AND TO ENTER INTO EXCLUSIVE LISTING AGREEMENT**<br><br>[11 U.S.C. §§ 327, 328; Fed. R. Bankr. P. 2002, 2014; L.B.R. 2002-2(a) 2014-1(b); 9013-1(o); 9036-1]<br><br>[No Hearing Required] |
|---|---|

**TO ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that Peter J. Mastan, the chapter 7 trustee (the "Trustee") for the above-captioned bankruptcy estate (the "Estate") of Tbetty, Inc. (the "Debtor"), has filed an application (the "Application") with the United States Bankruptcy Court to employ Coldwell Banker Residential Brokerage as his real estate broker (the "Broker").  The Trustee requires the Broker to list, market, and sell the real property located at 3512 Buena Vista Ave., Glendale, CA 91208, Assessor's Parcel Number 5615-005-013 (the "Property").

  The Property was recovered by the Trustee for the benefit of the Estate and the related bankruptcy estate of Keystone Textile, Inc. (Bankruptcy Case No. 2:17-bk-21270-ER) (the "Keystone Estate") pursuant to the "Global Settlement Agreement and Mutual General Release" (the "Settlement Agreement") and Stipulated Judgment in a related adversary proceeding pending before this Court entitled *Mastan v. Tri. Blossom, LLC, et. al.*, Adv. No. 2:19-ap-01404-ER.  The Settlement Agreement was approved by the Court pursuant to Fed. R. Bankr. P. 9019 on December 18, 2020, and provides for the net sales proceeds from the sale of the Property to be split 50/50 between the Tbetty Estate and the Keystone Estate.

  The Trustee seeks to hire the Broker, through its agents, William Friedman, Jane Schore, and Steve Flores pursuant to 11 U.S.C. §§ 327(a), and to pay the Broker five percent (5%) of the gross sales price of the Property as a total commission to be shared with the buyer's broker.  The Trustee proposes that the Broker be paid its commission upon the close of escrow from the from the proceeds of the sale pursuant to 11 U.S.C. § 328 without a fee application or further court order.  A true and correct copy of the Listing Agreement between the Trustee and the Broker, setting forth the terms and conditions of the Brokers' employment are attached to the Application as <u>Exhibit A</u>.

The Trustee is informed and believes that the Broker does not represent any interest adverse to the Trustee, the Debtor, the creditors herein, or the Estate, and that the Broker is a "disinterested person" as such term is defined in 11 U.S.C. § 101(14).

**PLEASE TAKE FURTHER NOTICE** that any person who wishes to receive a copy of the Application can do so by contacting Trustee's counsel, at the email address and telephone number listed in the upper left corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that any response and request for hearing must conform to the requirements of the Local Rules of Bankruptcy Procedure ("L.B.R.") 9013-1(o), 9013-1(f)(1), and 2014-(b)(2)(E), and must be filed and served on the Trustee, and his proposed counsel Margulies Faith, LLP, and the United States trustee no later than 14 days from the date of service of this notice, plus three (3) additional days if you were served by mail or pursuant to Fed. R. Civ. P. 5(b)(2)(D) or (F). If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [L.B.R. 9013-1(o)(4)].

**PLEASE TAKE FURTHER NOTICE** that pursuant to L.B.R. 9013-1(h), papers not timely filed and served may be deemed by the Court to be consent to the granting of the Application without further hearing and notice.

DATED: January 19, 2021

Mailing date: January 19, 2021

**MARGULIES FAITH LLP**

By: /s/ Meghann A. Triplett
    Jeremy W. Faith
    Meghann A. Triplett
    Attorneys for Peter J. Mastan,
    Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE BROKER AND TO ENTER INTO EXCLUSIVE LISTING AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On January 19, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 19, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE: Service on Judge not required per Court Manual, Appendix F
DEBTOR: Tbetty, Inc., 5300 Beach Blvd., Ste. 110-605, Buena Park, CA 90621

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 19, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA EMAIL**:
**BROKER**: William Irving Friedman, billfried@earthlink.net
**BROKER**: Jane Schore, jschore@sbcglobal.net
**BROKER**: Steve Flores, stvfl@hotmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 19, 2021 | Vicky Castrellon | /s/ Vicky Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                           **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION (if needed):

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

**ATTORNEY FOR DEBTOR: Ann Chang**    achang@dumas-law.com
**ATTORNEY FOR TRUSTEE: Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
**ATTORNEY FOR DEBOR: Christian T Kim**    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
**FORMER ATTORNEY FOR TRUSTEE: Noreen A Madoyan**    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
**TRUSTEE: Peter J Mastan (TR)**    pmastan@iq7technology.com;travis.terry@dinsmore.com; ecf.alert+Mastan@titlexi.com
**ATTORNEY FOR INTERESTED PARTY: Andrew Edward Smyth**    office@smythlo.com
**ATTORNEY FOR INTERESTED PARTY: Stephen S Smyth**    office@smythlo.com;r58723@notify.bestcase.com
**ATTORNEY FOR INTERESTED PARTY: Nico N Tabibi**    nico@tabibilaw.com
**ATTORNEY FOR TRUSTEE: Meghann A Triplett**    Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**ATTORNEY FOR CREDITOR: Michael H Yi**    myi@yimadrosenlaw.com, r53621@notify.bestcase.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**2. TO BE SERVED BY UNITED STATES MAIL:**

| | | |
|---|---|---|
| **SLBIGGS**<br>10960 Wilshire Blvd 7th Fl<br>Los Angeles, CA 90024-3710 | | **9 TEN INC**<br>657 E 61ST STREET<br>LOS ANGELES CA 90001-1020 |
| **A Plus Fabrics Inc**<br>3040 E 12th St<br>Los Angeles, CA 90023-3614 | **ABC Button**<br>210 E. Olympic Blvd #420A<br>Los Angeles, CA 90015-1761 | **Alliance Textile**<br>1420 S Paloma St<br>Los Angeles, CA 90021-2620 |
| **B2Y Inc**<br>2510 S. Broadway<br>Los Angeles, CA 90007-2728 | **BELLA BETIY INC**<br>3530 WILSHIRE BL #1740<br>LOS ANGELES CA 90010-2318 | **BELLA BETIY INC**<br>3853 FILION ST<br>LOS ANGELES CA 90065-3706 |
| **Baltazars Trucking**<br>1513 W 58th Place<br>Los Angeles, CA 90047-1204 | **Basic Plus Inc**<br>4121 S Alameda St<br>Los Angeles, CA 90058-1624 | **Basic Textile**<br>4121 S Alameda St<br>Los Angeles, CA 90058-1624 |
| **Bella Textile Inc**<br>3310 S Grand Ave<br>Los Angeles, CA 90007-4115 | **CHEYRIN PARK**<br>3853 FILION ST<br>LOS ANGELES CA 90065-3706 | **CINDY PARK**<br>3853 FILION ST<br>LOS ANGELES CA 90065-3706 |
| **CITY OF LOS ANGELES, OFFICE OF FINANCE**<br>Los Angeles City Attorney's Office<br>200 N Main Street, Ste 920<br>Los Angeles CA 90012-4128 | **California Group**<br>1407 Paloma St<br>Los Angeles, CA 90021-2616 | **Cindy Apparel**<br>2250 E Washington Blvd<br>Los Angeles, CA 90021-3213 |
| **City Textile**<br>2030 E 15th St #D<br>Los Angeles, CA 90021-2823 | **DCK AMERICA ENTERPRISE**<br>3435 WILSHIRE BL #2240<br>LOS ANGELES CA 90010-2008 | **Dimpex Co Inc**<br>210 E Olympic Blvd #222<br>Los Angeles, CA 90015-1758 |
| **Don Textile Inc**<br>3310 S Grand Ave<br>Los Angeles, CA 90007-4115 | **EKB Textiles**<br>777 E Washington Blvd<br>Los Angeles, CA 90021-3043 | **EMPLOYERS**<br>7110 N FRESNO ST #250<br>FRESNO CA 93720-2999 |
| **Elegant Textiles**<br>1721 Trinity St<br>Los Angeles, CA 90015-3714 | **Elegant Textiles Inc**<br>c/o General Business Credit<br>110 E 9th St Ste A-1126<br>Los Angeles, CA 90079-2154 | **Elite Fabrics**<br>220 E 11th St<br>Los Angeles, CA 90015-1713 |

| | | |
|---|---|---|
| Euler Hermes N. A. Agent for City Textile In<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117-5173 | Euler Hermes N. A. Agent for Harper Homes<br>800 Red Brook Blvd<br>Owins Mills, MD 21117-5173 | Euler Hermes N. A. agent for san louis<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117-5173 |
| Euler Hermes N. A. agents for Bella Textiles<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117-5173 | Euler Hermes N.A. agent for Romex<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117-5173 | Euler Hermes North America<br>Insurance Company<br>Assignee of Basic Textile Inc<br>800 Red Brook Boulevard<br>Owings Mills MD 21117-5189 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Fabric Selection Inc<br>800 E 14th St<br>Los Angeles, CA 90021-2116 | Fashion Principles Inc<br>dba Harmony trim<br>1731 East 3rd Street<br>Los Angeles CA 90033 |
| FedEx Corporate Services, Inc.<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd. Module G.,3rd Floor<br>Memphis, TN 38116-5017 | Fedex<br>POB 7221<br>Pasadena, CA 91109-7321 | GBY Corp<br>2301 E 38th St<br>Vernon, CA 90058-1626 |
| GIO Print<br>2548 E 53rd St<br>Huntington Park, CA 90255-2505 | Gold Textiles Inc<br>1101 E 18th St<br>Los Angeles, CA 90021-3009 | Great Wall Textile<br>2150 E 10th St<br>Los Angeles, CA 90021-2801 |
| Happy Trim<br>600 E Washington Blvd #N1<br>Los Angeles, CA 90015-3743 | (p)FASHION PRINCIPLES INC DBA HARMONY<br>1731 E 23RD ST<br>LOS ANGELES CA 90058-1012 | Hermozo Textile<br>2824 E 12th St<br>Los Angeles, CA 90023-3622 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IT More<br>POB 76645<br>Los Angeles, CA 90076-0645 | Imprint Textile Inc<br>2751 S Alameda St<br>Los Angeles, CA 90058-1311 |
| Italian Fabric<br>4768 S Alameda St<br>Los Angeles, CA 90058-2015 | Italian Fabrics Inc.<br>Coface North America Insurance Company<br>650 College Road East, Suite 2005<br>Princeton, NJ 08540-6779 | J BAND SEWING<br>1240 S MAIN ST #12<br>LOS ANGELES CA 90015-2550 |
| J Band<br>1240 S Main St #512<br>Los Angeles, CA 90015-2585 | JAMISON CALIFORNIA MARKET CENTER LP<br>110 E 9TH ST #A727<br>LOS ANGELES, CA 90079-1727 | JM Story Inc<br>1771 E 46th St<br>Los Angeles, CA 90058-1930 |
| JOA JK INC<br>415 E 32ND STREET<br>LOS ANGELES CA 90011-1921 | KBR Global Inc<br>955 S Slauson Ave<br>Los Angeles, CA 90011 | Kenny Hwang<br>c/o Dumms & Kim APC<br>3435 Wilshire Blvd Ste 990<br>Los Angeles CA 90010-1998 |

| | | |
|---|---|---|
| Kennygi<br>1620 E 25th St<br>Los Angeles, CA 90011-1816 | Landmark Freight<br>2129 Homewood PL<br>Fullerton, CA 92833-1202 | Lavitex Inc<br>c/o Prime Business Credit<br>2268 E 15th St<br>Los Angeles, CA 90021-2840 |
| Maxx Fabric<br>784 E 14th Place<br>Los Angeles, CA 90021-2118 | Midthrust<br>830 E 14th St<br>Los Angeles, CA 90021 | Monopoly Textile<br>2820 E 12th<br>Los Angeles, CA 90023-3622 |
| Mr. Print<br>1740 E 58th Place<br>Los Angeles, CA 90001 | NSS Fabric Inc<br>934 S Wall St<br>Los Angeles, CA 90015-1810 | Neo Zipper<br>600 E Washington Blvd #E 14<br>Los Angeles, CA 90015-3746 |
| New Commercial Capital, Inc.<br>Coface North America Insurance Company<br>650 College Road East, Suite 2005<br>Princeton, NJ 08540-6779 | New Fabric<br>831 Crocker St<br>Los Angeles, CA 90021-1807 | New York Overnight<br>1643 1/2 Westwood Blvd<br>Los Angeles, CA 90024-5603 |
| Nobel textile<br>721 A East 9th St<br>Los Angeles, CA 90021-1852 | Oxford International Inc<br>825 E 14th PL<br>Los Angeles, CA 90021-2119 | Paramount Textiles<br>935 E 12th St<br>Los Angeles, CA 90021-2201 |
| Pinehill Inc<br>1854 E 22nd St<br>Los Angeles, CA 90058-1034 | Pinnacle Thread & Supply<br>777 S Standford Ave<br>Los Angeles, CA 90021-1421 | R C International<br>3001 S Main St<br>Los Angeles, CA 90007-3826 |
| RL Confeciones SA<br>DE CV 5 De Mayo #403<br>Col La Cruz<br>Chignautla Puebla, MX 73950 | ROSAS FABRIC<br>1242 SANTEE STREET<br>LOS ANGELES CA 90015-2678 | RYU Law Firm<br>5900 Wilshire Blvd Ste 2250<br>Los Angeles, CA 90036-5025 |
| Red Tex Inc<br>796 E 14th Place<br>Los Angeles, CA 90021-2118 | Redcarpet Textile<br>2111 E Anderson St<br>Vernon, CA 90058-3450 | Regency Fabrics<br>1016 E 14th Place<br>Los Angeles, CA 90021-2601 |
| Robina Inc<br>DBA SNS Labels<br>600 E Washington Blvd #E-1<br>Los Angeles, CA 90015-3761 | Romex Textiles Inc<br>785 E. 14th Place<br>Los Angeles, CA 90021-2117 | S & H Design Inc<br>2440 S Main<br>Los Angeles, CA 90007-2726 |
| S H K International Inc<br>DBA S H K Fabrics<br>784 S Crocker St Ste A<br>Los Angeles, CA 90021-1425 | SAM Tex<br>418 E 18th St<br>Los Angeles, CA 90021 | SPS COMMERCE<br>333 SOUTH SEVENTH ST #1000<br>MINNEAPOLIS MN 55402-2421 |

| | | |
|---|---|---|
| SYC Fabric Inc<br>315 W 38th St<br>Los Angeles, CA 90037-1407 | San Louis Textile<br>2828 E 12th St #103<br>Los Angeles, CA 90023-3622 | Senal Inc<br>233 E 33rd St<br>Los Angeles, CA 90011 |
| Seventeen Printing<br>1617 E. Adams Blvd<br>Los Angeles, CA 90011-2204 | Sewing Collection<br>3113 E 26th St<br>Vernon, CA 90058-8006 | Shad Textiles Inc<br>738 E 18th St<br>Los Angeles, CA 90021-3004 |
| Shad Textiles Inc<br>PO Box 3933<br>Beverly Hills CA 90212-0933 | Starlight Textile International Inc<br>771 E 9th St<br>Los Angeles, CA 90021-1839 | Stone Party<br>4157 S Main St<br>Los Angeles, CA 90037-2235 |
| Sublination Design Inc<br>3000 E 11th St #4 A & B<br>Los Angeles, CA 90023-3634 | TI AMERICA<br>3435 WILSHIRE BL #2240<br>LOS ANGELES CA 90010-2008 | Textillary<br>1710 S Hooper Ave<br>Los Angeles, CA 90021-3112 |
| The Insurance Company of the<br>State of Pennsylvania<br>c/o Diamond McCarthy LLP<br>489 Fifth Avenue, 21st Floor<br>New York, NY 10017-6123 | Tho Tho<br>1025 E 18th St #A<br>Los Angeles, CA 90021-3084 | Top Trim<br>1458 S San Pedro St #141<br>Los Angeles, CA 90015-3148 |
| Traban USA Inc<br>910 E. Jefferson Blvd<br>Los Angeles, CA 90011-2531 | Robert Omidi<br>Nobel Textile Inc<br>721 East 9th St<br>Los Angeles, CA 90021-1852 | i Print Textiles Inc.<br>Coface North America Insurance Company<br>650 College Road East, Suite 2005<br>Princeton, NJ 08540-6779 |
| Universal Elastic & Garmet Supply<br>2200 S Alameda St<br>Los Angeles, CA 90058-1308 | Vega Textile<br>2751 S Alameda St<br>Los Angeles, CA 90058-1311 | XL Fabrics<br>1510 Griffith Ave<br>Los Angeles, CA 90021-2128 |