| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Peter J. Mastan, Trustee<br>peter.mastan@dinsmore.com<br>550 S. Hope St., Suite 1765<br>Los Angeles, CA  90071<br>Telephone: (213) 335-7739<br><br>Ch. 7 Trustee of the Bankruptcy Estate of TBetty, Inc.<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>TBETTY, INC.<br><br><br><br>Debtor(s). | CASE NO.:  2:17-bk-21275-ER1<br>CHAPTER: 7<br><br>**NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE**<br><br>[No hearing unless requested under LBR 9013-1(o)] |
|---|---|

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the duly-appointed chapter 7 trustee has filed the following motion for court approval of the trustee's request to make cash disbursements.  The court may grant the motion authorizing expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).  If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing.  Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee.

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:

1. A brief summary of the case is attached as Exhibit A.
2. The estimated date for submitting a final report is  12/31/2021   .

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

3. Cash disbursements period: 01/20/2021 to 04/20/2021 .
4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.
5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2).

Date: 01/21/2021

/s/ Peter J. Mastan
*Signature of the chapter 7 trustee or the trustee's attorney*

Peter J. Mastan, Ch. 7 Trustee
*Printed name of the chapter 7 trustee or the trustee's attorney*

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

### DECLARATION OF TRUSTEE

I, Peter J. Mastan_____, the duly appointed chapter 7 trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate. If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/21/2021 | Peter J. Mastan, Ch. 7 Trustee | /s/ Peter J. Mastan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 3    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "A"**

**SUMMARY/STATUS OF CASE:**

This cash disbursement motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

Through review of the Debtor's schedules, information obtained from creditors or information obtained at the Debtor's 341(a) meeting or otherwise, this case appears to have assets and/or potential avoidance actions that may be liquidated for the benefit of creditors.

*Insert specific facts of case*:

This case was filed on September 14, 2017. Since then, the Trustee has examined the Debtor's representative and employed counsel and an accountant for the Estate. He has also pursued and settled by Court order preference claims against no less than nine parties as well as litigating fourteen adversary proceedings.  As the result of a Court-approved settlement with certain parties, the Trustee recovered for the Estate real property located at 3512 Buena Vista Ave, Glendale, CA  91208 ("Real Property").  The Trustee is in the process of marketing the Real Property for sale. Until the Real Property is sold, the Trustee needs to insure the property, and he hereby requests that the Court allow him to pay the monthly insurance premium from available Estate funds.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 4    F 2016-2.2.MOTION.TRUSTEE.DISBURSE

**EXHIBIT "B"**

**Estimated Recurring Monthly Expenses During the Cash Disbursement Period:**

$ _____ Rent or Mortgage Payment

$ _____ Property Tax

$ 610.00_____ Insurance

$ _____ Utilities

$ _____ Repair and Maintenance

$ _____ Property Management

$ _____ Security Services

$ _____ Advertising Sale of Assets

$ _____ Actual Cost of Noticing, Copying and Postage

$ _____ Storage of Estate Assets and/or Books and Records

$ _____ Long Distance Telephone

$ _____ Expedited Mail

$ _____ Teletransmission

$ _____ Delivery of Documents

$ _____ Filing and Process Serving

$ _____ Bank Charges for Research and/or Copies

$ _____ Clerk's Charges

$ _____ Court Reporting Fees

$ _____ Witness Fees

$ _____ Transcript Fees

$ _____ Notary Fees

$ _____ Recording Fees

$ _____ Trustee Travel and Lodging (includes lodging, meals, mileage and parking)

$ _____ Other: _____

$ _____ Other: _____

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                Page 5                        **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

$ _____ Other: _____

$ _____ Other: _____

$ _____ Other: _____

**Total:** $ 610.00_____ Estimated Recurring Monthly Expenditures During the Cash Disbursement Period

**Total Estimated Other Expenses During the Cash Disbursement Period for Which Court Approval is Sought at this Time:**

$_____ Locksmith Services

$_____ Initial Moving and Storage Costs; Books and Records and/or Property of the Estate

$_____ Advertising Sale of Assets

$_____ Books and Records Destruction Costs

$_____ Postpetition taxes payable pursuant to 11 U.S.C. § 503 (b)(1)(B), but not preconversion taxes

$_____ Prepetition taxes payable pursuant to 11 U.S.C. § 507(a)(2)

$_____ Other: _____

$_____ Other: _____

$_____ Other: _____

**Total:** $ 0.00_____ Estimated Other Expenses During the Cash Disbursement Period

The foregoing expenditures are justified by the following facts:

Pursuant to a settlement agreement with certain parties, which was approved by Court order on December 18, 2020 [Docket #120], the Trustee has recovered for the Estate real property located at 3512 Buena Vista Ave, Glendale, CA 91208 (the "Real Property").  The Trustee is in the process of marketing for sale the Real Property, and currently has an "Application to Employ Real Estate Broker and to Enter into Exclusive Listing Agreement" on file before the Court [Docket #149].  The Trustee needs to insure the Real Property until a sale is completed. In order to do so, he has obtained insurance from Trustee Insurance Agency, and he seeks authority from the Court to pay the premiums until the Real Property is sold and escrow is closed. Two months of premiums are currently due for a total of $1,220.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 6                    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:  550 S. Hope Street, Suite 1765, Los Angeles, CA  90071

A true and correct copy of the foregoing document described as: **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATON OF TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(S) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **January 21, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

- **Ann Chang**    achang@dumas-law.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
- **Christian T Kim**    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- **Noreen A Madoyan**    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **Peter J Mastan (TR)**    pmastan@iq7technology.com; travis.terry@dinsmore.com; ecf.alert+Mastan@titlexi.com

      **X**   Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **January 21, 2021** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Tbetty, Inc.
5300 Beach Blvd. Ste 110-605
Buena Park, CA 90621

      **X**   Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 21, 2021** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows:.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

      ___   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 21, 2021** | **TRAVIS MICHAEL TERRY** | */s/ Travis Michael Terry* |
|---|---|---|
| Date | Type name | Signature |

**ADDITIONAL SERVICE INFORMATION (if needed):**

<u>**SERVED BY COURT BY NEF**</u>

- **Andrew Edward Smyth**   office@smythlo.com
- **Stephen S Smyth**   office@smythlo.com; r58723@notify.bestcase.com
- **Nico N Tabibi**   nico@tabibilaw.com
- **Meghann A Triplett**   Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael H Yi**   myi@yimadrosenlaw.com, r53621@notify.bestcase.com

<u>**SERVED BY FIRST CLASS U.S. MAIL**</u>

<u>**CREDITORS/INTERESTED PARTIES**</u>

9 TEN INC
657 E 61ST STREET
LOS ANGELES CA 90001-1020

A Plus Fabrics Inc
3040 E 12th St
Los Angeles, CA 90023-3614

ABC Button
210 E. Olympic Blvd #420A
Los Angeles, CA 90015-1761

Alliance Textile
1420 S Paloma St
Los Angeles, CA 90021-2620

B2Y Inc
2510 S. Broadway
Los Angeles, CA 90007-2728

BELLA BETIY INC
3530 WILSHIRE BL #1740
LOS ANGELES CA 90010-2318

BELLA BETIY INC
3853 FILION ST
LOS ANGELES CA 90065-3706

Baltazars Trucking
1513 W 58th Place
Los Angeles, CA 90047-1204

Basic Plus Inc
4121 S Alameda St
Los Angeles, CA 90058-1624

Basic Textile
4121 S Alameda St
Los Angeles, CA 90058-1624

Bella Textile Inc
3310 S Grand Ave
Los Angeles, CA 90007-4115

CHEYRIN PARK
3853 FILION ST
LOS ANGELES CA 90065-3706

CINDY PARK
3853 FILION ST
LOS ANGELES CA 90065-3706

CITY OF LOS ANGELES, OFFICE OF FINANCE
Los Angeles City Attorney's Office
200 N Main Street, Ste 920
Los Angeles CA 90012-4128

California Group
1407 Paloma St
Los Angeles, CA 90021-2616

Cindy Apparel
2250 E Washington Blvd
Los Angeles, CA 90021-3213

City Textile
2030 E 15th St #D
Los Angeles, CA 90021-2823

DCK AMERICA ENTERPRISE
3435 WILSHIRE BL #2240
LOS ANGELES CA 90010-2008

Dimpex Co Inc
210 E Olympic Blvd #222
Los Angeles, CA 90015-1758

Don Textile Inc
3310 S Grand Ave
Los Angeles, CA 90007-4115

EKB Textiles
777 E Washington Blvd
Los Angeles, CA 90021-3043

EMPLOYERS
7110 N FRESNO ST #250
FRESNO CA 93720-2999

Elegant Textiles
1721 Trinity St
Los Angeles, CA 90015-3714

Elegant Textiles Inc
c/o General Business Credit
110 E 9th St Ste A-1126
Los Angeles, CA 90079-2154

Elite Fabrics
220 E 11th St
Los Angeles, CA 90015-1713

Euler Hermes N. A. Agent for City Textile In
800 Red Brook Blvd.
Owings Mills, MD 21117-5173

Euler Hermes N. A. Agent for Harper Homes
800 Red Brook Blvd
Owins Mills, MD 21117-5173

Euler Hermes N. A. agent for san louis
800 Red Brook Blvd.
Owings Mills, MD 21117-5173

Euler Hermes N. A. agents for Bella Textiles
800 Red Brook Blvd.
Owings Mills, MD 21117-5173

Euler Hermes N.A. agent for Romex
800 Red Brook Blvd.
Owings Mills, MD 21117-5173

Euler Hermes North America
Insurance Company
Assignee of Basic Textile Inc
800 Red Brook Boulevard
Owings Mills MD 21117-5189

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Fabric Selection Inc
800 E 14th St
Los Angeles, CA 90021-2116

Fashion Principles Inc
dba Harmony trim
1731 East 3rd Street
Los Angeles CA 90033

FedEx Corporate Services, Inc.
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd. Module G.,3rd Floor
Memphis, TN 38116-5017

Fedex
POB 7221
Pasadena, CA 91109-7321

GBY Corp
2301 E 38th St
Vernon, CA 90058-1626

GIO Print
2548 E 53rd St
Huntington Park, CA 90255-2505

Gold Textiles Inc
1101 E 18th St
Los Angeles, CA 90021-3009

Great Wall Textile
2150 E 10th St
Los Angeles, CA 90021-2801

Happy Trim
600 E Washington Blvd #N1
Los Angeles, CA 90015-3743

FASHION PRINCIPLES INC DBA HARMONY
1731 E 23RD ST
LOS ANGELES CA 90058-1012

Hermozo Textile
2824 E 12th St
Los Angeles, CA 90023-3622

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IT More
POB 76645
Los Angeles, CA 90076-0645

Imprint Textile Inc
2751 S Alameda St
Los Angeles, CA 90058-1311

Italian Fabric
4768 S Alameda St
Los Angeles, CA 90058-2015

Italian Fabrics Inc.
Coface North America Insurance Company
650 College Road East, Suite 2005
Princeton, NJ 08540-6779

J BAND SEWING
1240 S MAIN ST #12
LOS ANGELES CA 90015-2550

J Band
1240 S Main St #512
Los Angeles, CA 90015-2585

JAMISON CALIFORNIA MARKET CENTER LP
110 E 9TH ST #A727
LOS ANGELES, CA 90079-1727

JM Story Inc
1771 E 46th St
Los Angeles, CA 90058-1930

JOA JK INC
415 E 32ND STREET
LOS ANGELES CA 90011-1921

KBR Global Inc
955 S Slauson Ave
Los Angeles, CA 90011

Kenny Hwang
c/o Dumas & Kim APC
3435 Wilshire Blvd Ste 990
Los Angeles CA 90010-1998

Kennygi
1620 E 25th St
Los Angeles, CA 90011-1816

Landmark Freight
2129 Homewood PL
Fullerton, CA 92833-1202

Lavitex Inc
c/o Prime Business Credit
2268 E 15th St
Los Angeles, CA 90021-2840

Maxx Fabric
784 E 14th Place
Los Angeles, CA 90021-2118

Midthrust
830 E 14th St
Los Angeles, CA 90021

Monopoly Textile
2820 E 12th
Los Angeles, CA 90023-3622

Mr. Print
1740 E 58th Place
Los Angeles, CA 90001

NSS Fabric Inc
934 S Wall St
Los Angeles, CA 90015-1810

Neo Zipper
600 E Washington Blvd #E 14
Los Angeles, CA 90015-3746

New Commercial Capital, Inc.
Coface North America Insurance Company
650 College Road East, Suite 2005
Princeton, NJ 08540-6779

New Fabric
831 Crocker St
Los Angeles, CA 90021-1807

New York Overnight
1643 1/2 Westwood Blvd
Los Angeles, CA 90024-5603

Nobel Textile
721 A East 9th St
Los Angeles, CA 90021-1852

Oxford International Inc
825 E 14th PL
Los Angeles, CA 90021-2119

Paramount Textiles
935 E 12th St
Los Angeles, CA 90021-2201

Pinehill Inc
1854 E 22nd St
Los Angeles, CA 90058-1034

Pinnacle Thread & Supply
777 S Standford Ave
Los Angeles, CA 90021-1421

R C International
3001 S Main St
Los Angeles, CA 90007-3826

RL Confeciones SA
DE CV 5 De Mayo #403
Col La Cruz
Chignautla Puebla, MX 73950

ROSAS FABRIC
1242 SANTEE STREET
LOS ANGELES CA 90015-2678

RYU Law Firm
5900 Wilshire Blvd Ste 2250
Los Angeles, CA 90036-5025

Red Tex Inc
796 E 14th Place
Los Angeles, CA 90021-2118

Redcarpet Textile
2111 E Anderson St
Vernon, CA 90058-3450

Regency Fabrics
1016 E 14th Place
Los Angeles, CA 90021-2601

Robina Inc
DBA SNS Labels
600 E Washington Blvd #E-1
Los Angeles, CA 90015-3761

Romex Textiles Inc
785 E. 14th Place
Los Angeles, CA 90021-2117

S & H Design Inc
2440 S Main
Los Angeles, CA 90007-2726

S H K International Inc
DBA S H K Fabrics
784 S Crocker St Ste A
Los Angeles, CA 90021-1425

SAM Tex
418 E 18th St
Los Angeles, CA 90021

SPS COMMERCE
333 SOUTH SEVENTH ST #1000
MINNEAPOLIS MN 55402-2421

SYC Fabric Inc
315 W 38th St
Los Angeles, CA 90037-1407

San Louis Textile
2828 E 12th St #103
Los Angeles, CA 90023-3622

Senal Inc
233 E 33rd St
Los Angeles, CA 90011

Seventeen Printing
1617 E. Adams Blvd
Los Angeles, CA 90011-2204

Sewing Collection
3113 E 26th St
Vernon, CA 90058-8006

Shad Textiles Inc
738 E 18th St
Los Angeles, CA 90021-3004

Shad Textiles Inc
PO Box 3933
Beverly Hills CA 90212-0933

Starlight Textile International Inc
771 E 9th St
Los Angeles, CA 90021-1839

Stone Party
4157 S Main St
Los Angeles, CA 90037-2235

Sublination Design Inc
3000 E 11th St #4 A & B
Los Angeles, CA 90023-3634

TI AMERICA
3435 WILSHIRE BL #2240
LOS ANGELES CA 90010-2008

Textillary
1710 S Hooper Ave
Los Angeles, CA 90021-3112

The Insurance Company of the
State of Pennsylvania
c/o Diamond McCarthy LLP
489 Fifth Avenue, 21st Floor
New York, NY 10017-6123

Tho Tho
1025 E 18th St #A
Los Angeles, CA 90021-3084

Top Trim
1458 S San Pedro St #141
Los Angeles, CA 90015-3148

Traban USA Inc
910 E. Jefferson Blvd
Los Angeles, CA 90011-2531

Universal Elastic & Garmet Supply
2200 S Alameda St
Los Angeles, CA 90058-1308

Vega Textile
2751 S Alameda St
Los Angeles, CA 90058-1311

XL Fabrics
1510 Griffith Ave
Los Angeles, CA 90021-2128

i Print Textiles Inc.
Coface North America Insurance Company
650 College Road East, Suite 2005
Princeton, NJ 08540-6779

Robert Omidi
Nobel Textile Inc
721 East 9th St
Los Angeles, CA 90021-1852