Peter J. Mastan, Trustee
*peter.mastan@dinsmore.com*
550 S. Hope St., Suite 1765
Los Angeles, CA  90071
Telephone:  213-335-7739

Chapter 7 Trustee of the Bankruptcy Estate of
TBetty, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re:<br><br>TBETTY, INC.,<br><br>Debtor(s). | Case No. 2:17-bk-21275-ER<br><br>Chapter 7<br><br>**TRUSTEE'S REPORT OF SALE RE REAL PROPERTY**<br><br>**[FRBP 6004(f)(1)]**<br><br>Date:   [No hearing required or requested]<br>Time:<br>Ctrm:   1568<br>            255 E. Temple St.<br>            Los Angeles, CA  90012<br>Judge:  Hon. Ernest M. Robles |
|---|---|

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**PLEASE BE ADVISED** that, on March 17, 2021, in the above-captioned bankruptcy case, the Court entered an order [Docket #168] approving the sale (the "Sale") of assets listed in the Report of Sale attached hereto.  The Sale was approved pursuant to a properly noticed motion filed by Peter J. Mastan, Chapter 7 Trustee of the bankruptcy estate of TBetty, Inc. and **closed on March 30, 2021**.  The attached Report of Sale provides a description of the property sold, name of purchaser, and the price received.  The Sale has been completed.

Date: April 5, 2021                                        PETER J. MASTAN, CH. 7 TRUSTEE

By:  */s/ Peter J. Mastan*
      Peter J. Mastan
      Chapter 7 Trustee of the Bankruptcy Estate
      of TBetty, Inc.

2.

REPORT OF SALE

| ITEM | ESTATE'S INTEREST IN: | PURCHASER(S) | PRICE |
|---|---|---|---|
| 1 | 3512 Buena Vista Avenue, Glendale, CA 91208 | David Kummer and Seonagh Kummer | $1,549,510 |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 550 S. Hope Street, Suite 1765, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as: **TRUSTEE'S REPORT OF SALE RE REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(S) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 5, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

- **Ann Chang**    achang@dumas-law.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
- **Christian T Kim**    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- **Anna Landa**    Anna@MarguliesFaithlaw.com, Helen@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com; Angela@MarguliesFaithLaw.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Peter J Mastan (TR)**    pmastan@iq7technology.com; travis.terry@dinsmore.com; ecf.alert+Mastan@titlexi.com

    **X**    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **April 5, 2021** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Tbetty, Inc.
5300 Beach Blvd. Ste 110-605
Buena Park, CA 90621

**UNITED STATES BANKRUPTCY COURT**
Hon. Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal
   Building and Courthouse
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

    ___    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 5, 2021** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows:. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    ___    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **April 5, 2021** | **TRAVIS MICHAEL TERRY** | */s/ Travis Michael Terry* |
|---|---|---|
| Date | Type name | Signature |

**ADDITIONAL SERVICE INFORMATION (if needed):**

<u>**SERVED BY BY COURT VIA NEF**</u>

- **Andrew Edward Smyth**    office@smythlo.com
- **Stephen S Smyth**    office@smythlo.com;r58723@notify.bestcase.com
- **Nico N Tabibi**    nico@tabibilaw.com
- **Meghann A Triplett**    Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Michael H Yi**    myi@yimadrosenlaw.com, r53621@notify.bestcase.com